United States District Court
Southern District of Texas
**ENTERED**
April 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| HUGO ADRIAN VILLAR CASTELLANOS, *et al.*, | § § § |
| Plaintiffs, | § § |
| VS. | §  CIVIL ACTION NO. 1:25-CV-080 |
| KRISTI NOEM, *et al.*, | § § § |
| Defendants. | § |

## ORDER

Plaintiffs Amir Gholami, Julio Dylan Sanchez Wong, Shishir Timilsena, Mayra Alejandra Varela Vargas, and Hugo Adrian Villar Castellanos have filed a Motion for Temporary Restraining Order and Preliminary Injunction (Docs. 10, 11). To consider the requested relief on an expedited basis, the Court finds that a hearing would be helpful. Accordingly, it is:

**ORDERED** that a hearing to consider Plaintiffs' Motion Temporary Restraining Order and Preliminary Injunction (Docs. 10, 11) is set for April 28, 2025, at 1:30 p.m.; and

**ORDERED** that Plaintiffs shall provide a copy of the First Amended Complaint (Doc. 5) and this Order by e-mail to the Office of the United States Attorney in Brownsville, Texas, and to any Assistant United States Attorney with whom counsel for Plaintiffs has communicated with by e-mail in connection with this case.

The Court will conduct the hearing by videoconference.

Signed on April 24, 2025.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge