UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HUGO ADRIAN VILLAR CASTELLANOS, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:25-CV-080 |
| KRISTI NOEM, *et al.*, | § § § | |
| Defendants. | § | |

# ORDER

On May 6, 2025, the Court held a hearing to address Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 11). For the reasons indicated during the hearing, and based on the record and the applicable law, it is:

**ORDERED** that Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 11) is **DENIED**.

Signed on May 6, 2025.

_____
Fernando Rodriguez, Jr.
United States District Judge